DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEVEN G. TRAPP,**
Appellant,

v.

**AMANDA L. FERGUSON, THE AMANDA L. FERGUSON-TRAPP LIMITED POWER OF APPOINTMENT TRUST DOES I-X INCLUSIVE,** and **ROE CORPORATION I-X INCLUSIVE,**
Appellee.

No. 4D17-437

[March 1, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; John Patrick Contini, Judge; L.T. Case No. FMCE 16-2182 (44).

Steven G. Trapp, Pompano Beach, pro se.

Margaret M. Anderson, Vero Beach, for appellee Amanda L. Ferguson.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and FORST, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***